# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRYSTAL SAAHENE, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) Case No. 19-cv-6434 |
| FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING, LLC, and RESURGENT CAPITAL SERVICES, L.P., | ) ) Hon. John Robert Blakey ) ) ) |
| DEFENDANTS. | ) ) |

## **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON OFFER OF JUDGMENT**

NOW COMES Plaintiff Crystal Saahene, by and through her attorneys, who states as follows:

1. On January 30, 2020, Defendants transmitted to Plaintiff an offer to allow judgment to be entered against them and in favor of Plaintiff for $1,001 in statutory damages plus reasonable attorneys' fees and costs. A copy of the Offer of Judgment is attached as Exhibit A and was docketed as Dkt. # 29-1.

2. On February 13, 2020, Plaintiff accepted Defendants' offer of judgment by filing a notice of acceptance of offer of judgment with this court. (Dkt. # 29)

3. On February 13, 2020, Plaintiff's counsel provided counsel for Defendants' with the information regarding Plaintiff's attorney's fees and costs, pursuant to Local Rule 54.3, which provides that the Defendants respond to the initial fee disclosures within 21 days. Under LR 54.3, Defendants have until March 5, 2020 to provide the responsive documents if the parties cannot agree on fees.

4. Plaintiff respectfully requests that this court enter judgment in favor of Plaintiff for $1,001 and allow the parties to confer regarding attorney's fees and costs and to require Defendants to provide the required responses by March 5, 2020, if the parties cannot agree on attorney's fees and costs.

WHEREFORE, based on the foregoing, Plaintiff requests the Court to enter judgment in the amount of $1,001 in favor of Plaintiff and against Defendants, require Defendants to provide responses to Plaintiff's 54.3 packet by March 5, 2020 if the parties cannot agree on attorney's fees and costs, and for any other or further relief this Court deems just.

**Dated: February 21, 2020**

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan P. Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
111 West Washington Street, Suite 1360
Chicago, Illinois 60602
(312) 858-3239
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

## CERTIFICATE OF SERVICE

I, Bryan Paul Thompson, hereby certify that on Friday, February 21, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

Respectfully submitted,

By: s/ *Bryan Paul Thompson*
Bryan Paul Thompson